UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RUBIN PRENDI,

                      Plaintiff,

v.                                                                                      **ORDER**

THE COUNTY OF WESTCHESTER, et al.,        21-CV-07051 (PMH)

                      Defendants.
------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Defendant the County of Westchester's letter docketed under the ECF event "Proposed Stipulation and Order" (Doc. 22) concerns a different case pending before the Court and was improperly docketed in this action. The Clerk of Court is respectfully directed to strike document number 22 from this docket.

      The parties are directed to re-file the proposed Order and Stipulation concerning remand (Doc. 22-1); and Plaintiff shall file the Stipulation of Voluntary Dismissal as to the City of New Rochelle, correcting the deficiencies identified by the Clerk of Court, as previously directed. The Court will not so-order the stipulation concerning remand while the City of New Rochelle is still a party to the action. The parties are reminded that the motion to dismiss briefing schedule remains in place.

SO-ORDERED:

Dated:  White Plains, New York
          January 11, 2022

                                                                _____
                                                                Philip M. Halpern
                                                                United States District Judge